UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

Removed from Jefferson Circuit Court
Civil Action No. 22-CI-000457

| | | |
|---|---|---|
| VALERIE MOORE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:22-cv-173-GNS |
| | ) | |
| WILBERT HERBIN | ) | Judge: |
| | ) | |
| and | ) | Magistrate: |
| | ) | |
| BEVERLY TRANSPORT & LIVESTOCK, LLC | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Wilbert Herbin and Beverly Transport & Livestock LLC (collectively, "Defendants"), remove to the U.S. District Court for the Western District of Kentucky, Louisville Division, the civil action styled *Valerie Moore v. Wilbert Herbin and Beverly Transport & Livestock, LLC* Civil Action No. 22-CI-000457, which is currently pending before the Jefferson Circuit Court, Jefferson County, Kentucky. In support of their Notice of Removal, the Defendants state:

1. On or about January 31, 2022, Plaintiff Valerie Moore filed a Complaint in the Jefferson Circuit Court, bearing Civil Action No. 22-CI-000457 and naming Wilbert Herbin and Beverly Transport & Livestock, LLC, as defendants.

2. Plaintiff Valerie Moore was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, a citizen of the State of Kentucky. *See* Complaint, at ¶ I.

3. Defendant Wilbert Herbin was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, a citizen of the State of Alabama. *See* Complaint, at ¶ II.

4. Defendant Beverly Transport & Livestock, LLC, was at the time of the filing of the Complaint, and is at the time of filing this Notice of Removal, a limited-liability company organized and existing under the laws of the State of Alabama, with a principal place of business in Alabama. *See* Complaint, at ¶ III

5. All the members of, Beverly Transport & Livestock LLC, were at the time of the filing of the Complaint, and are at the time of filing this Notice of Removal, citizens of the State of Alabama.

6. Defendant Wilbert Herbin has not been served with a copy of the Summons and Complaint but has consented to removal of this claim to the United States District Court for the Western District of Kentucky.

7. Defendant Beverly Transport & Livestock, LLC, was served with a copy of the Summons and Complaint on February 25, 2022, via certified mail

and has consented to removal of this claim to the United States District Court for the Western District of Kentucky.

8. This action is one the Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

9. Though Plaintiff's Complaint does not identify a specific amount of damages sought, based on the medical expenses incurred in treating Valerie Moore for the injuries alleged in the Complaint, and on the cause of action seeking punitive damages for the conduct alleged in the Complaint, the amount in controversy in this litigation, exclusive of interest and costs, is greater than $75,000 and exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

10. Plaintiff's counsel has confirmed to counsel for Defendants that Plaintiff intends to seek damages in this litigation that exceed the sum of $75,000, exclusive of interest and costs.

11. This Notice of Removal is filed within thirty (30) days after the Defendants were served and/ or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

12. A copy of the Jefferson Circuit Court's entire file in Civil Action No. 22-CI-000457, is attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendants Wilbert Herbin and Beverly Transport & Livestock, LLC, remove this action to the United States District for the Western District of Kentucky at Louisville.

Respectfully submitted,

*/s/ William T. Donnell*
William T. Donnell
Kelley M. Rule
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy
Suite 112
Louisville, KY 40222
P: 502-430-1016
F:  502-430-1083
wdonnell@louisvillecounsel.com
krule@louisvillecounsel.com
*Counsel for Defendants, Wilbert Herbin and Beverly Transport & Livestock, LLC*

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2022, I served a copy this Notice of Removal via U.S. Mail, postage prepaid, on the following counsel of record:

M. Keith Poynter
THE SAMPSON LAW FIRM
1154 Sourth Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

/s/ *William T. Donnell*
*Counsel for Defendants*