# EXHIBIT A

Filed  22-CI-400108  01/31/2022  David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/23/2022 02:08:57 PM
84941

NO. _____                                              JEFFERSON CIRCUIT COURT
                                                                     DIVISION _____

**VALERIE MOORE**                                                                **PLAINTIFF**

## COMPLAINT

**WILBERT HERBIN**                                                              **DEFENDANTS**
**137 Carver Avenue**
**Atmore, AL 36502**

      Serve:      Ky Secretary of State

and

**BEVERLY TRANSPORT & LIVESTOCK, LLC**

      Agent:      Darrell Beverly
                      9001 Broadus Loop Road
                      Eight Mile, AL 33613-9689

      Serve:      Ky Secretary of State

Comes the Plaintiff, Valerie Moore, by and through counsel, and for her causes of action against the Defendants states as follows:

I.

At all times material hereto, the Plaintiff was resident of Louisville, Jefferson County, Kentucky.

II.

Upon information and belief, at all times material hereto, Defendant, Wilbert Herbin was a resident of the State of Alabama. Additionally, upon information and belief the Defendant, Wilbert Herbin, was acting in the course and scope of his employment with the Defendant, Beverly Transport & Livestock, LLC.

Filed Case 3:22-cv-00173-GNS   Document 1-1   Filed 03/23/22   Page 3 of 11 PageID #: 8
Filed        22-CI-400108        01/31/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/23/2022 02:08:57 PM
84941

### III.

The Defendant, Beverly Transport & Livestock, LLC is an Alabama domestic limited liability company in good standing. The agent for service of process is Darrell Beverly, 9001 Broadus Loop Road, Eight Mile, AL 33613-9689.

### IV.

On July 1, 2021, the Defendant, Wilbert Herbin, in the course and scope of his employment with the Defendant, Beverly Transport & Livestock, LLC, negligently and carelessly operated his vehicle so as to cause it to collide with the vehicle being operated by the Plaintiff.

### V.

The aforesaid conduct of Defendant, Wilbert Herbin, upon information and belief, included the following:

a. Failure to properly observe the roadway;

b. Failure to yield the right of way to oncoming traffic;

c. Failure to properly brake his vehicle;

d. Failure to maneuver his vehicle so as to cause a collision;

e. Failure to maintain adequate control over his vehicle;

f. Failure to take proper evasive action so as to avoid an accident;

g. Failure to maintain a proper lookout;

h. Failure to properly assess and follow a safe route of travel;

i. Failure to obey the rules of the road, the law of the Commonwealth of Kentucky, in and about operating his vehicle on the highways and roadways of the Commonwealth of Kentucky;

Presiding Judge: HON. BRIAN EDWARDS (630312)
COM : 000002 of 000007

Filed  Case 3:22-cv-00173-GNS  Document 1-1  Filed 03/23/22  Page 4 of 11 PageID #: 9
22-CI-400108   01/31/2022   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/23/2022 02:08:57 PM
84941

j. Failure to operate, maintain, inspect and repair his vehicle in accord with the requirements imposed by 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

k. Operating his vehicle in violation of the rules and regulations imposed by 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

l. Operating his vehicle when he was fatigued as to make it unsafe for him to operate the commercial vehicle in violation of 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49.

## VI.

The Defendant, Beverly Transport & Livestock, LLC is legally responsible and liable for its employee, Wilbert Herbin's careless, negligent, grossly negligent, wanton and dangerous operation of its motor vehicle, with reckless disregard of the lives and safety of others (such as to constitute malice) on July 1, 2021 pursuant to the principals of *respondeat superior* and/or the law of agency.

## VII.

On July 1, 2021, the Defendant, Beverly Transport & Livestock, LLC, independent of any liability of its agent, Wilbert Herbin, failed in its duty of care toward Plaintiff, including the failure of its duties to:

a. supervise

b. train

c. instruct

d. hire safe and qualified drivers who obey laws, rules and regulations pertaining to the safety of others using the roadways, including Plaintiff.

## VIII.

Beverly Transport & Livestock, LLC carelessness, negligence, gross negligence, wanton conduct and reckless disregard for the lives and safety of others (constituting malice), was a substantial factor in causing Plaintiff to incur the damages at issue in this Complaint.

## IX.

On July 1, 2021, and independent of any liability of the Defendant Wilbert Herbin, the Defendant Beverly Transport & Livestock, LLC failed in its duty of care towards the Plaintiff, upon information and belief, including:

a. negligently entrusting the driver of the vehicle with the vehicle when it knew or should have known that the driver lacked sufficient skill, judgment and prudence in the operation of a commercial motor vehicle;

b. failing to adequately instruct the driver in the safe operation of the vehicle prior to entrusting him with the vehicle;

c. failing to prevent the driver from operating the tractor trailer until he had sufficient ability to operate the motor vehicle safely;

d. failing to adequately ascertain that the driver of the vehicle lacked the ability necessary to safely operate the vehicle under the circumstances;

e. failure to provide the driver of the vehicle with the equipment necessary to safely operate the vehicle;

f.  failure to operate maintain, inspect and repair its vehicle in accord with its obligations pursuant to 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

g.  operating its vehicle in violation of the rules and regulations imposed by 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

h.  failure to properly supervise the driver of the vehicle in the operation of its commercial vehicle to ensure compliance with the requirements imposed by 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

i.  permitting the driver to operate the commercial motor vehicle when it knew or should have known that he was too fatigued to do so safely in violation of the requirements imposed by 601 KAR 1:005, et seq. and the FMCSA, Subchapter B, Chapter III, Subtitle B of the Code of Federal Regulations, Title 49;

j.  failing to educate, train and supervise the driver on safe route selection;

k.  failure to supervise, train, instruct and hire safe drivers who obey laws, rules and regulations pertaining to the safety of others using the roadways, including Plaintiff.

X.

**Count 1 – Negligence and Gross Negligence**

Paragraphs I – IX hereof are incorporated herein as if set forth in full.

XI.

The aforesaid careless, negligent, grossly negligent, wanton and dangerous conduct and reckless disregard for the lives and safety of others (constituting malice) of the

Defendants were a substantial factor in causing the Plaintiff to suffer severe bodily injury, to incur medical expense and to incur medical expense in the future, she has suffered the destruction of wage earning capacity and has and will in the future endure pain and suffering, both physical and mental.

## XII.

### Count 2 – Punitive Damages

Paragraphs I – XI hereof are incorporated herein as if set forth in full.

## XIII.

The Defendants, Beverly Transport & Livestock, LLC and Wilbert Herbin, by their acts and omissions as set forth above, acted toward the Plaintiff with oppression, fraud, malice, gross negligence and/or reckless disregard for the lives and safety of others to a degree sufficient to warrant the imposition of punitive damages to deter such further conduct on behalf of Defendants or similarly situated parties, in an amount which exceeds the jurisdictional minimum of this Court.

**WHEREFORE**, the Plaintiff demands judgment against the Defendants in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, for punitive damages and for any and all other just and proper relief to which she may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Filed          22-CI-400108     01/31/2022        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
03/23/2022 02:08:57 PM
84941

Respectfully submitted,

*M. Keith Poynter*
M. Keith Poynter
THE SAMPSON LAW FIRM
1154 South Third Street
Louisville, Kentucky  40203
(502) 584-5050
ATTORNEY FOR PLAINTIFF

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/23/2022<br>Case #: **22-CI-400108**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **MOORE, VALERIE VS. HERBIN, WILBERT ET AL**, *Defendant*

TO:  **WILBERT HERBIN**
     **137 CARVER AVENUE**
     **ATMORE, AL 36502**

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                            *David L. Nicholson*
                            Jefferson Circuit Clerk
                            Date: **1/31/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____          _____
                                       Served By

                                       _____
                                       Title

Summons ID: @00000992348
CIRCUIT: 22-CI-400108 Long Arm Statute – SOS - Restricted Delivery
MOORE, VALERIE VS. HERBIN, WILBERT ET AL



Page 1 of 1

Presiding Judge: HON. BRIAN EDWARDS (630312)

CI : 000001 of 000001

eFiled

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/23/2022<br>849... Case #: **22-CI-400108**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **MOORE, VALERIE VS. HERBIN, WILBERT ET AL**, *Defendant*

TO:  **BEVERLY TRANSPORT & LIVESTOCK, LLC**
     **9001 BROADUS LOOP ROAD**
     **EIGHT MILE, AL 36613**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000992349
CIRCUIT: 22-CI-400108 Long Arm Statute – Secretary of State
MOORE, VALERIE VS. HERBIN, WILBERT ET AL



Page 1 of 1



Presiding Judge: HON. BRIAN EDWARDS (630312)
CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/15/2022<br>8496  Case #: **22-CI-400108**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **MOORE, VALERIE VS. HERBIN, WILBERT ET AL**, *Defendant*

TO:  **DARRELL BEVERLY**
**9001 BROADUS LOOP ROAD**
**EIGHT MILE, AL 36613**

Memo: Related party is BEVERLY TRANSPORT & LIVESTOCK, LLC

The Commonwealth of Kentucky to Defendant:
**BEVERLY TRANSPORT & LIVESTOCK, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/31/2022**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @00000992350
CIRCUIT: 22-CI-400108 Long Arm Statute – Secretary of State
MOORE, VALERIE VS. HERBIN, WILBERT ET AL



Page 1 of 1


eFiled

Presiding Judge: HON. BRIAN EDWARDS (630312)
CI : 000001 of 000001