UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

Removed from Jefferson Circuit Court
Civil Action No.  22-CI-000457

| | | |
|---|---|---|
| VALERIE MOORE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:22-cv-173-GNS |
| | ) | |
| WILBERT HERBIN | ) | Judge: Greg N. Stivers |
| | ) | |
| and | ) | Magistrate: |
| | ) | |
| BEVERLY TRANSPORT & | ) | |
| LIVESTOCK, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff Valerie Moore, and Defendants Wilbert Herbin and Beverly Transport & Livestock, LLC, notify the Court they have reached an agreement to completely resolve the claims among them in this action. Accordingly, the parties jointly request that the Court enter the Order stated below:

IT IS ORDERED that all claims asserted by all parties in this litigation are hereby DISMISSED, with prejudice, with each party to bear their own costs and attorneys' fees.

SO ORDERED this: February 16, 2023

Greg N. Stivers, Chief Judge
United States District Court

*Seen and Agreed to by:*

/s/ *William T. Donnell*
William T. Donnell
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy., Ste. 112
Louisville, KY 40222
P: 502.430.1016
wdonnell@louisvillecounsel.com
*Counsel for Defendants*

/s/ *M. Keith Poynter* (w/ permission)
M. Keith Poynter
THE SAMPSON LAW FIRM
1154 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*